```
 1 │ JOSEPH T. MCNALLY
   │ Acting United States Attorney
 2 │ LINDSEY GREER DOTSON
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MIRI SONG (Cal. Bar No. 291140)
 4 │ Assistant United States Attorney
   │ Chief, Domestic Security & Immigration
 5 │   Crimes Section
   │        1400 United States Courthouse
 6 │        312 North Spring Street
   │        Los Angeles, California 90012
 7 │        Telephone: 213-894-2262
   │        Facsimile: 213-894-0142
 8 │        E-mail:    miri.song@usdoj.gov
 9 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
10 │
```

**LODGED**
CLERK, U.S. DISTRICT COURT
3/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
Mar. 12, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE ATTACHMENTS "EXHIBIT 1" AND "EXHBIT 2" | No. SEE ATTACHMENTS RE APPLICATION<br><br>[PROPOSED] ORDER SEALING MATTERS LISTED IN EXHIBIT 1 AND UNSEALING MATTERS LISTED IN EXHIBIT 2<br><br>**(UNDER SEAL)** |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The government's _ex parte_ application for an order sealing matters listed in Exhibit 1 and unsealing matters in Exhibit 2 is GRANTED.  The matters listed in Exhibit 1, along with the government's _ex parte_ application, shall be sealed.  Such matters will automatically be unsealed at the moment of a defendant's arrest, rather than at a later point, such as at the initial appearance.

//
//
//
//

It is further ordered that the matters listed in Exhibit 2 be unsealed, as the defendants in those matters have already been arrested and/or made their initial appearances, thus obviating the need to seal for dangers of flight from prosecution and dangers to law enforcement officers tasked with executing any outstanding arrest warrants.

March 12, 2025

DATE

THE HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ MiRi Song

MIRI SONG
Assistant United States Attorney

2